# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDELL EARL MARTIN, | CASE NO. 1:08-cv-00415-LJO-DLB (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CERTAIN DEFENDANTS |
| v. | |
| JEANNE S. WOODFORD, et al., | (Doc. 14) |
| Defendants. | |

Plaintiff Claudell Earl Martin ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On January 6, 2009, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days. Plaintiff did not file a timely Objection to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed January 6, 2009, is adopted in full;

2. This action shall proceed only against defendants McGuinness, Patel Ismail, J. Gonzales, R. Fisher, R. Thomas, K. Reed, E. Henry, and J. Flory on plaintiff's cognizable claims; and

3. Defendants Nurse John Doe, MTA L. Garcia, Gricewich, Sergeant Sobbe, CMO Youssef, Jeanne Woodford, and N. Grannis are dismissed from this action for Plaintiff's failure to state a claim upon which relief may be granted against them.

IT IS SO ORDERED.

**Dated:     February 27, 2009                /s/ Lawrence J. O'Neill**
                                                              UNITED STATES DISTRICT JUDGE