IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDELL EARL MARTIN,<br><br>          Plaintiff,<br><br>     vs.<br><br>JEANNE S. WOODFORD, et al.,<br><br>          Defendants.<br>                                                                    / | CASE NO. 1:08-cv-00415 LJO DLB PC<br><br>ORDER EXTENDING APPLICATION OF DISCOVERY AND SCHEDULING ORDER TO DEFENDANT PATEL |

On May 21, 2009, the Court issued an order opening discovery and setting deadlines for the completion of discovery, filing unenumerated 12(b) motions, filing amended pleadings, and filing pre-trial dispositive motions. Defendant Patel filed an answer to plaintiff's complaint on June 30, 2009. Accordingly, application of the Court's May 21, 2009 Discovery and Scheduling Order is HEREBY ORDERED EXTENDED to defendant Patel.

The parties are reminded that any requests for extensions of the deadlines set in the order must be filed prior to the expiration of the deadlines in question.

IT IS SO ORDERED.

Dated:    **July 2, 2009**              **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE

1