# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDELL EARL MARTIN, | CASE NO. 1:08-cv-00415-LJO-DLB (PC) |
| Plaintiff, | ORDER GRANTING LEAVE TO FILE LATE OPPOSITION |
| v. | (Doc. 66) |
| JEANNE S. WOODFORD, et al., | |
| Defendants. | |

Good cause appearing, Defendants' request for leave to file their opposition to Plaintiff's motion to compel further discovery responses one day late is granted.  Defendants' opposition is accepted and will be considered by the Court.

IT IS SO ORDERED.

Dated:  **January 19, 2010**           /s/ **Dennis L. Beck**
                                      UNITED STATES MAGISTRATE JUDGE

1