1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  CLAUDELL EARL MARTIN,                    1:08-cv-00415-LJO-SMS PC
                                             Appeal Number 11-15830
12          Plaintiff,
                                             ORDER DISREGARDING MOTION
13      vs.                                  FOR CERTIFICATE OF APPEALABILITY

14  JEANNE S WOODFORD, et al.,               (ECF No. 119)

15          Defendants.                      ORDER FOR CLERK TO SERVE COPY
                                             OF THIS ORDER ON NINTH CIRCUIT
16  _____/

17          Claudell Earl Martin ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis

18  in this civil rights action pursuant to 42 U.S.C. § 1983.  On March 23, 2011, Defendants' motion for

19  summary judgment was granted and judgment was entered against Plaintiff in this action.  (ECF No.

20  116.)  On April 4, 2011, Plaintiff filed a notice of appeal to the Court of Appeals for the Ninth

21  Circuit, along with a motion for issuance of a certificate of appealability.  (ECF Nos. 119, 120.)

22          Rule 22 of the Federal Rules of Appellate Procedure requires that an applicant who files a

23  notice of appeal in a habeas proceeding must obtain a certificate of appealability under 28 U.S.C. §

24  2253(c), or a statement why a certificate should not issue, from the district judge who rendered

25  judgment in the action.  Fed. R. App. P. 22(b).  The district clerk must send the certificate or

26  statement to the court of appeals along with the notice of appeal.  Id.  Plaintiff has requested a

27  certificate of appealability for the notice of appeal he filed in this action on April 4, 2011.  However,

28                                               1

Plaintiff's appeal concerns a civil rights action under § 1983, not a habeas proceeding.  Therefore, Rule 22 does not apply to Plaintiff's appeal, and Plaintiff's application for a certificate of appealability shall be disregarded.  Plaintiff is advised that his appeal was processed and forwarded to the Ninth Circuit on .  (ECF No. )

Accordingly, THE COURT HEREBY ORDERS that:

1.      Plaintiff's Motion for Issuance of a Certificate of Appealability is DISREGARDED; and

2.      The Clerk is DIRECTED to serve a copy of this order on the Ninth Circuit.

IT IS SO ORDERED.

**Dated:     April 16, 2011**                                **/s/ Sandra M. Snyder**
                                                            UNITED STATES MAGISTRATE JUDGE